DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
DERAL ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> DERAL ARMSTRONG, <br><br> *Defendant.* | No. 1:12-cr-0304 LJO-SKO <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING <br><br> DATE:  January 7, 2013 <br> TIME:   1:00 P.M. <br> JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for November 19, 2012, **may be continued to January 7, 2013 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

This continuance is at the request of defense counsel as defense needs time in preparation of this case.  Defense counsel is in receipt of the initial discovery and will review it in the near future with client, who is currently at Lerdo and is scheduled to come up on tomorrow's bus.  Defense then anticipates additional time will be required for defense investigation and preparation purposes and also to discuss resolution with the government.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 13, 2012    By:    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: November 13, 2012    By:    /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
DERAL ARMSTRONG

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    November 13, 2012**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

Armstrong: Stipulation and Order          2