1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | CHARLES J. LEE, Bar #221057
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
DERAL ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-0304 LJO-SKO |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | ) ) | DATE: March 4, 2013 |
| DERAL ARMSTRONG, | ) ) | TIME: 1:00 P.M. JUDGE: Hon. Sheila K. Oberto |
| *Defendant.* | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 7, 2013, **may be continued to March 4, 2013 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

This continuance is at the request of defense counsel as defense needs time in preparation of this case. Defense counsel is in the process of retaining an expert witness. Given the holidays, additional time is needed for the out of town expert to examine the evidence and complete her report. Based on the expert's findings, the defense would then like further time to discuss pre-trial resolution with the government.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

1  effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.
2  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: December 19, 2012         By:   /s/ Kimberly A. Sanchez
                                       KIMBERLY A. SANCHEZ
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: December 19, 2012         By:   /s/ Charles J. Lee
                                       CHARLES J. LEE
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       DERAL ARMSTRONG

**O R D E R**

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   December 21, 2012**              /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE

Armstrong: Stipulation and Order                    2