```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>v.                           )<br>                             )<br>DERAL ARMSTRONG,             )<br>                             )<br>            Defendant.       )<br>                             )<br>_____) | CASE NO. 1:12-CR-00304 LJO SKO<br><br>STIPULATION AND<br>ORDER FOR EXTENSION OF TIME TO<br>FILE GOVERNMENT'S RESPONSE TO<br>DEFENDANT'S MOTIONS |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Charles Lee, attorney for Deral Armstrong, that the due date for the government's responses to defendant's discovery motions be extended from April 19, 2013 to April 22, 2013. The undersigned Assistant U.S. Attorney will be out of the office on April 19, 2013 on a personal matter, and is unable to complete the response by that date. The parties are also discussing plea

///

///

///

///

proposals, and anticipate further discussions prior to the time the government's response is due.  There is no request for a continuance of the hearing date.

Dated: April 19, 2013                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney


                                 By    /s/ Kimberly A. Sanchez
                                       KIMBERLY A. SANCHEZ
                                       Assistant U.S. Attorney

Dated: April 19, 2013                   /s/Charles Lee
                                        CHARLES LEE
                                        Attorney for Deral Armstrong


IT IS SO ORDERED.

  Dated:  **April 19, 2013**              **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

2