BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>DERAL ARMSTRONG,<br><br>                Defendant. | CASE NO. 1:12-CR-00304 LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

     IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Peter Jones, attorney for the defendant, that the status conference set for December 16, 2013 at 1:00 pm before the Honorable Sheila K. Oberto be continued to January 6, 2014 at 1:00 p.m.  The reason for the request is because defense counsel's investigator had requested an interview with an in-custody witness in preparation for trial or resolution and the witness was moved from one prison to another and the interview then had to be scheduled for December 20, 2013. Defense counsel needs to meet with his client after the interview to discuss how the case will proceed.  He believes that January 6 will provide sufficient time for this investigation to result in either a trial setting or resolution.

     The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay

U.S. v. Armstrong Stipulation           1

occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: December 12, 2013                           Respectfully submitted,

                                                                  BENJAMIN B. WAGNER
                                                                  United States Attorney

                                                         By     /s/ Kimberly A. Sanchez
                                                                  KIMBERLY A. SANCHEZ
                                                                Assistant U.S. Attorney

Dated: December 12, 2013                           /s/ Peter Jones
                                                                 PETER JONES
                                                                 Attorney for Deral Armstrong

**ORDER**

The parties' stipulated request for a continuance of the status conference date to **January 6, 2014,** is GRANTED to allow the parties additional time to determine how they wish to proceed.

Should the parties resolve the case, they shall inform the court so the matter can be reset as a change of plea hearing before United States District Judge Lawrence J. O'Neill.  If the parties are unable to resolve this matter, they SHALL be prepared to select a trial date on January 6, 2014.

IT IS SO ORDERED.

Dated:   **December 12, 2013**                        **/s/ Sheila K. Oberto**
                                                               UNITED STATES MAGISTRATE JUDGE