BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERAL ARMSTRONG,<br><br>Defendant. | 1:12-CR-00304-LJO-SKO<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the entry of plea entered by defendant Deral Armstrong, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), defendant Deral Armstrong's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.  Titan, .25 caliber semi-automatic pistol and all ammunition seized in this case.

2.  The above-listed assets constitutes a firearm and ammunition involved in or used in a knowing violation of 18 U.S.C. § 922(g)(1).

3.  Pursuant to Rule 32.2(b), the Attorney General (or a

1 designee) shall be authorized to seize the above-listed property.
2 The aforementioned property shall be seized and held by the Bureau of
3 Alcohol, Tobacco, Firearms and Explosives in its secure custody and
4 control.

5     4.   a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.
6 § 853(n), and Local Rule 171, the United States shall publish notice
7 of the order of forfeiture.  Notice of this Order and notice of the
8 Attorney General's (or a designee's) intent to dispose of the
9 property in such manner as the Attorney General may direct shall be
10 posted for at least 30 consecutive days on the official internet
11 government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States may
12 also, to the extent practicable, provide direct written notice to any
13 person known to have alleged an interest in the property that is the
14 subject of the order of forfeiture as a substitute for published
15 notice as to those persons so notified.

16       b. This notice shall state that any person, other than the
17 defendant, asserting a legal interest in the above-listed property,
18 must file a petition with the Court within sixty (60) days from the
19 first day of publication of the Notice of Forfeiture posted on the
20 official government forfeiture site, or within thirty (30) days from
21 receipt of direct written notice, whichever is earlier.

22     5.   If a petition is timely filed, upon adjudication of all
23 third-party interests, if any, this Court will enter a Final Order of
24 Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in
25 which all interests will be addressed.

26     6.   The government, in its discretion, shall conduct discovery,
27 including written discovery, the taking of depositions, and the
28 issuance of subpoenas, in order to identify, locate or dispose of

1 property subject to forfeiture in accordance with Rule 32.2(b)(3) of
2 the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:  **May 29, 2014**             **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE