BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:12-CR-00304-LJO-SKO |
| ) Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) v. ) | |
| ) DERAL ARMSTRONG, ) | |
| ) Defendant. ) | |
| ) | |

WHEREAS, on May 29, 2014, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Deral Armstrong, in the following property:

      a. Titan, .25 caliber semi-automatic pistol and all ammunition seized in this case.

AND WHEREAS, beginning on May 31, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days

1  from the first day of publication of the notice for a hearing to
2  adjudicate the validity of their alleged legal interest in the
3  forfeited property;
4      AND WHEREAS, the Court has been advised that no third party has
5  filed a claim to the subject property and the time for any person or
6  entity to file a claim has expired.
7      Accordingly, it is hereby ORDERED and ADJUDGED:
8      1.   A Final Order of Forfeiture is hereby entered forfeiting to
9  the United States of America all right, title, and interest in the
10 above-listed property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §
11 2461(c), to be disposed of according to law, including all right,
12 title, and interest of Deral Armstrong.
13     2.   All right, title, and interest in the above-listed property
14 shall vest solely in the name of the United States of America.
15     3.   The United States Marshals Service or Bureau of Alcohol,
16 Tobacco, Firearms and Explosives shall maintain custody of and
17 control over the subject property until it is disposed of according
18 to law.
19 IT IS SO ORDERED.

    Dated:   **August 20, 2014**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE