# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DERAL ARMSTRONG,<br><br>  Defendant. | CASE NO. 1:12-CR-00304-(1)-LJO-SKO<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF No. 54) |

On June 21, 2016, the Federal Defender's Office ("FDO") filed a motion on behalf of Petitioner Deral Armstrong (ECF No. 54), pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). Accordingly,

**IT IS HEREBY ORDERED** that from the date of the FDO's filing, the government shall file a response to Petitioner's Section 2255 Motion within **60 days** from the date of this order. From the date of the Government's filing, the FDO shall have **60 days** to file a reply.

IT IS SO ORDERED.

Dated:   **July 27, 2016**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE