**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FILED**

Dec 21, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:12-cr-00304-LJO |
| **DERAL ANDREW ARMSTRONG** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum                    ☐ Ad Testificandum

Name of Detainee:  Deral Andrew Armstrong

Detained at  Fresno County Jail

Detainee is:       a.)  ☒ charged in this district by:   ☐ Indictment  ☐ Information  ☐ Complaint
                              charging detainee with:   A 12c petition alleging violations of supervised release

         or   b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)  ☒ return to the custody of detaining facility upon termination of proceedings

         or   b.)  ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                        is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:

Printed Name & Phone No:   Laurel J. Montoya, 559-286-5823

Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum                    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   **Dec 21, 2020**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | aka Darel Armstrong | ☒Male | ☐Female |
| Booking or CDC #: | 2012266 | DOB: | 05/12/1977 |
| Facility Address: | 1225 M Street, Fresno, CA 93721 | Race: | Black |
| Facility Phone: | 559-600-8440 | FBI#: | |
| Currently | MJ, 03, 0E | | |

## RETURN OF SERVICE

Executed on:

(signature)